**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OPERATING ENGINEERS' LOCAL 324 PENSION
FUND, OPERATING ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

     Plaintiffs,

                                             Case No.  04-73052

v.                                        Hon. Paul D. Borman
                                        Magistrate Judge Donald A. Scheer

MIDSTATES CONTRACTORS, L.L.C. a Michigan
Limited Liability Company, ROBERT PASEK, and
NICK PICCIRILLI, Individually and TBD EXCAVATING,
LLC., a Michigan Limited Liability Company.

     Defendants.

_____
/

**DAVID J. SELWOCKI (P51375)**          **TIMOTHY W. FERREL (P45379)**
**ALEXANDRA C. AKAS (P64004)**        Attorney for Defendants, Midstates,
Sullivan, Ward, Asher & Patton, P.C.        Pasek and TBD Excavating, only
Attorneys for Plaintiffs                  363 W. Big Beaver Rd., Suite 300
1000 Maccabees Center               Troy, Michigan  48084
25800 Northwestern Highway        248.720.0290
P.O. Box 222
Southfield Michigan 48037-0222
248.746.0700

_____
/

**ORDER OF JUDGMENT AGAINST DEFENDANT, PASEK PURSUANT**
**TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**
**<u>FILED JUNE 19, 2007 (DOC. #60)</u>**

At a session of Court held in the City of Detroit,
Wayne County, Michigan, on July  <u>30</u> , 2007.

       PRESENT:   <u>Hon. Paul D. Borman</u>
                    U.S. District Court Judge

This matter having come before the Court upon Plaintiffs' Request for Immediate Entry of an Order of Judgment Against Defendant, Pasek Pursuant to Plaintiffs' Motion for Entry of Judgment Filed June 19, 2007 (Doc. #60), no response to said Motion having been filed by Defendants, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Judgment is hereby entered against Defendant, Robert Pasek in the amount of **$84,985.41**. This amount includes all unpaid contributions less payments made from other parties and/or amounts collected, plus the mandates of 29 USC §1132(g)(2) as set forth below:

A.    Unpaid employee benefit contributions - $40,747.86;

B.    interest on the unpaid contributions in the amount of $11,920.35 - 29 USC §1132(g)(2)(i) (interest calculation prepared by O'Brien, Rivamonte & Slate, P.C.,);

C.    interest on the unpaid contributions in the amount of $11,920.35 - 29 USC §1132(g)(2)(ii); and

D.    attorney fees, audit fees and costs of collection in the amount of $20,396.85 pursuant to 29 USC §1132(g)(1) and (2).


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 30, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 30, 2007.


s/Denise Goodine
Case Manager

This Order Prepared By:

David J. Selwocki
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan  48076
248.746.0700
Email:  dwilson@swappc.com
P51375

W0544817/A56-117351